**Order entered April 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00408-CV

## IN RE ARTHUR ROY MORRISON, Relator

**Original Proceeding from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F07-55832-5**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **DENY** relator's omnibus motion as moot, although we have considered the petition without payment of the mandamus filing fee and the required number of copies. We **ORDER** that relator bear the costs of this original proceeding.

.

/s/     JIM MOSELEY
        JUSTICE